# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Deasy, J. Michael | U.S. District Court, N.H. | 04/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge (recalled) | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U. S. Bankruptcy Court
1000 Elm Street, Ste 1001
Manchester, NH 03101-1708

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deasy, J. Michael | 04/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Consumer Bankruptcy Attorneys | 4/11/2014 to 4/12/2014 | New York, NY | Legal Education | hotel, food, transportation |
| 2. | American Bankruptcy Institute | 7/17/2014 to 7/20/2014 | Stowe, VT | Professional Assoc. Meeting | hotel and food |
| 3. | National Association of Attorneys General | 9/15/2014 to 9/17/2014 | Providence, RI | Legal Education | hotel, food, transportation |
| 4. | National Conference of Bankruptcy Judges | 10/7/2014 to 10/11/2014 | Chicago, IL | Legal Education, Professional Assn. Meeting | hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deasy, J. Michael | 04/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deasy, J. Michael | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Subscriber Savings Account | A | Dividend | J | T | Distributed (part) | 02/20/14 | J | | Part VIII, Item 2 |
| 2. - USAA Subscriber Savings Account | | | | | Distributed (part) | 12/11/14 | J | | Part VIII, Item 2 |
| 3. USAA Federal Savings Bank Accounts | A | Interest | K | T | | | | | |
| 4. National Life Insurance Company: Adjustable Benefit Life | A | Interest | J | T | | | | | |
| 5. Edward Jones IRA | | | | | | | | | |
| 6. - American Capital World Growth & Income Fund Class A | A | Int./Div. | K | T | | | | | |
| 7. - Massachusetts Investors Trust Mutual Fund Class A | A | Dividend | K | T | | | | | |
| 8. - MFS Research Mutual Fund Class A | A | Dividend | K | T | | | | | |
| 9. - MFS Total Return Fund Class A | A | Int./Div. | K | T | | | | | |
| 10. Edward Jones Investment Account | | | | | | | | | |
| 11. - American High Income Municipal Bond Fund Class A | A | Int./Div. | J | T | | | | | |
| 12. - American Balanced Fund Class A | A | Dividend | K | T | | | | | |
| 13. - American Capital Income Builder Fund Class A | A | Dividend | J | T | Redeemed (part) | 06/02/14 | J | A | |
| 14. - American Capital World Growth & Income Fund Class A | A | Dividend | J | T | Redeemed (part) | 06/02/14 | J | A | |
| 15. - Fundamental Investors Fund | A | Dividend | J | T | Redeemed (part) | 06/02/14 | J | A | |
| 16. - Invesco VK Equity & Inc. Fund A | A | Dividend | J | T | | | | | |
| 17. - New World Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Deasy, J. Michael | 04/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Items in parts III.B, VI and VII have been omitted pursuant to section 102(e)(2).

2. This account represents a share of the net retained surplus at a casualty insurer from which partial distributions are made and to which a share of net earnings are credited and held as additional reserves. Partial distributions or credits were made in February and December of 2014.

| Name of Person Reporting | Date of Report |
|---|---|
| Deasy, J. Michael | 04/30/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Michael Deasy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544